IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SOLOMON LaDANIEL HENDERSON AIS #250233, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 2:17-CV-702-WHA<br>) |
| ROESHA BUTLER, et al., | )<br>) |
| Defendants. | ) |

## **ORDER**

On November 21, 2017, the Magistrate Judge filed a Recommendation (Doc. #4) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to pay an initial partial filing fee in compliance with an order of this court; and

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 13th day of December, 2017.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE